IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ELIANE LEVY, and those she
represents,

        Plaintiff,

v.                                                    No. 11-CV-00978 WYD-KLM

CLAYTON DOWNEY WORTHINGTON, PROGRESSIVE
OVERLOAD, LLC, MARK TYSON,
GORDON KACALA, RITA KACALA
COLORADO VELODROME ASSOCIATION, INC.,
USA CYCLING, INC., and
UNITED STATES OLYMPIC COMMITTEE,

        Defendants.



EXHIBIT 1

## AFFIDAVIT OF ELIANE LEVY

AFFIANT, ELIANE LEVY, hereby comes forth under oath and states as follows:

1. My name is Eliane Levy. I am the widow of Emile Levy. I am over the age of 18 and competent to testify. I am the Plaintiff in this case. I make this affidavit based on my personal knowledge.

2. On June 19, 2010, I was at the Velodrome in Colorado Springs with my husband, Emile Levy. He was practicing at the Velodrome part of the day. I was with him during all that time.

3. Mark Tyson was also at the Velodrome that day.

4. Mark Tyson was the person in charge of the Velodrome that day, to the best of my knowledge.

5. As far as I could tell, Mark Tyson on that day controlled what was going on at the

Velodrome.

6. On prior occasions, Mark Tyson seemed to have been the person in charge of the Velodrome, or part of a group of persons in charge of the Velodrome. On June 19, 2010, he again seemed like he was the person in charge, just like he had been before.

7. On June 19, 2010, my husband Emile was already on the track, warming up and doing speed runs, before the couple who were doing standing starts (whom I later learned were Mr. and Mrs. Kacala) took to the track.

8. Mark Tyson saw my husband, Emile Levy, practicing speed runs at the Velodrome on June 19, 2010, before the accident occurred.

9. The person in charge of the Velodrome, who I believed to be Mark Tyson on June 19, 2010, should have known that the couple practicing standing starts were taking to the track while my husband Emile Levy was doing speed runs.

9. The person in charge of the Velodrome, who I believed to be Mark Tyson on June 19, 2010, should have told the couple practicing standing starts that they could not do that while someone was on the track doing speed runs.

10. If Mark Tyson had told this to this couple, the accident with my husband would not have happened.

FURTHER, AFFIANT SAYETH NAUGHT.

*Eliane Levy*
_____
Eliane Levy

SUBSCRIBED AND SWORN TO before me, a notary public, on this 12 day of August, 2011, by Eliane Levy, a person known to me.

December 22, 2012

**My Commission Expires**

*[Signature]*

**Notary Public**

BRANDI MIYASHIRO
Notary Public, State of Texas
My Commission Expires
DECEMBER 22, 2012