



**UNITED STATES OLYMPIC COMMITTEE**
COLORADO SPRINGS OLYMPIC TRAINING CENTER

VELODROME JUNE 19, 2010 INCIDENT REPORT
REPORT DATE: JUNE 23, 2010



CONFIDENTAL DRAFT
PAGE 2

**OVERVIEW:**
On Saturday, June 19, 2010 at approximately 2:00PM MST, a bike accident resulting in serious injuries occurred at the velodrome at Memorial Park in Colorado Springs, CO. The riders and coaches involved in the incident received immediate medical care by on-site personnel and were transported by ambulance to local area hospitals. One coach was treated and released the same day while one rider remains hospitalized in serious condition as of this June 23, 2010 status report.

The objectives of this report include the following:
- describe the facts and circumstances surrounding the incident,
- provide information about the riders and use of the track and;
- outline the procedures of the velodrome facility

**INCIDENT DESCRIPTION**
Emile Levy, a 75 year old rider from Taos, New Mexico was training at the velodrome under the supervision of the Colorado Velodrome Association (CVA) track cycling club. According to witness statements, he was sprinting with his head down and ran into another coach, Mr. Gordon Kacala, who was preparing to do a 'standing start'[1] with another rider. Upon impact, Mr. Levy, after landing face down on the track surface, went into cardiac arrest. CPR was performed by AMR and he was subsequently transported to Memorial Hospital where he is currently in ICU. Mr. Kacala was transported to Penrose Hospital and was released that same day with minor injuries.

The incident occurred on the track straightaway adjacent to turn four. [See appendix figure 1] As stated above, Mr. Levy reportedly had his head down in a sprint posture and was traveling at a high rate of speed. His path took him directly into the back side of Mr. Gordon Kacala, a coach who was holding the bike for Mrs. Rita Kacala who was practicing a standing start. Mrs. Kacala dismounted her bike and worked with Mr. David Beitel, another training site rider, to perform CPR on Mr. Levy once it was determined he had no pulse and was not breathing. Mr. Mark Tyson, who was supervising the track during the day-long training session, was instructed to call 911. He did so and went into the parking lot to direct arriving paramedics. Paramedics arrived and continued CPR and transported Mr. Levy to Memorial Hospital Main where he remains.

Mr. Clay Worthington, local cycling coach, was traveling and was contacted for his synopsis of the training and accident involving Mr. Emile Levy. Mr. Worthington was interviewed via phone on June 23, 2010. He stated the training was conducted 'as usual' at the track with quite a few riders in attendance. At the time of the incident, however, there were four people on the track: Emile Levy, Mr. Gordon Kacala, Ms. Rita Kacala, and Mr. Worthington. Mr. Worthington described that Mr. Kacala lifted the bike in the air to indicate to Mr. Levy that a

---

[1] This is standard practice by which the coach stands next to a rider on the track and assists in starting the rider on the ride. The rider and coach standing in the starting position would be present for an extended period so that other riders would be able to view their presence and avoid impact.

USOC-00011

standing start would be executed. He continued that this is a typical action to indicate a stationary individual would be on the track. Mr. and Ms. Kacala proceeded to move to the straightaway on the west side of the track to practice a standing start. They were both in this position when Mr. Levy came out of turn four at speed and proceeded into the back side of Mr. Kacala. Mr. Worthington stated at impact Mr. Levy fell off his bike and landed face down. He ran to Mr. Levy's side where Ms. Kacala was trying to help Mr. Levy. Mr. Worthington states others sought help to call 911. Ms. Kacala and Mr. David Beitel made it to Mr. Levy's side and were performing CPR until the paramedics arrived. Both Mr. Kacala and Mr. Levy were transported to Memorial Hospital for treatment.

[End interview with Mr. Worthington]

Training at the Velodrome has been suspended for the week and is tentatively scheduled to resume training and racing on June 29, 2010. This decision was made to allow for adequate time to conduct an investigation of the incident. Following investigation by USOC, NGB and CVA management, an outside audit of process and procedures shall be conducted to ensure that best practices regarding safety are in place and enforced on a going forward basis.

**VELODROME FACILITY DETAILS**
The USOC operates the velodrome in Memorial Park, a Colorado Springs city park, located five blocks south of the U.S. Olympic Complex. Built in 1982 in preparation for the 1984 Olympic Summer Games in Los Angeles, it is one of 23 such facilities in the country. . The track is an outdoor, 333.3 meter facility, with banking at 33 degrees. This facility serves the sports of cycling, Paralympic cycling, and rollersports as well as community programming for CVA[2], a regional cycling club under whose oversight Mr. Levy was participating.

**FACILITY MANAGEMENT**
Effective summer 2009, the Colorado Springs Olympic Training Center contracted with the CVA for their regional club to supervise the community club access training and racing during scheduled sessions each week. The training and racing season is from May through September. CSOTC staff supervise elite level athlete training. This arrangement began as a way for the OTC/USOC to keep their commitment to the lease agreement with the city of Colorado Springs which calls for and requires access and programming for community riders of all ages.

**TRACK PROCEDURES AND PROTOCOLS**
All riders at the velodrome are registered guests of the Colorado Springs Olympic Training Center with tiered access based on their status with the National Governing Body. Statuses include resident athletes, off site residents, and facility users. CVA members are classified as facility users and have access on a paid basis to velodrome racing and training on a weekly basis that is scheduled through the CSOTC Operations and Venues Departments.

The CVA, in partnership with the training center, administers waivers for each rider as well as providing rules and regulations for racing and training sessions. Weekly meetings are conducted between CVA leadership personnel and the CSOTC Site Director and Venues Managers.

---

[2] CVA club website address: http://coloradousac.org/track/]

Discussions include schedule updates, usage reports, user fee totals, and facility work order needs.

**APPENDIX**
FIGURE 1    Velodrome map with details of accident

Waiver template

Mr. Levy's signed waiver

Contract between CVA and USOC

USOC-00013