IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00978-WYD-KLM

ELAINE LEVY, and those she represents,

    Plaintiff,

v.

CLAYTON DOWNEY WORTHINGTON,
PROGRESSIVE OVERLOAD, LLC,
MARK TYSON,
GORDON KACALA,
RITA KACALA,
COLORADO VELODROME ASSOCIATION, INC.,
USA CYCLING, INC., and
UNITED STATES OLYMPIC COMMITTEE,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant United States Olympic Committee's ("USOC") **Unopposed Motion to Approve Stipulated Protective Order** [Docket No. 87; Filed November 10, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#87-1] supplied by Defendant USOC is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated:  November 10, 2011