IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number:  11-cv-00978 WYD-KLM

ELIANE LEVY, and those she represents,

    Plaintiff,

v.

CLAYTON DOWNEY WORTHINGTON,
PROGRESSIVE OVERLOAD, LLC,
MARK TYSON,
GORDON KACALA,
RITA KACALA,
COLORADO VELODROME ASSOCIATION INC.,
USA CYCLING, INC., and
UNITED STATES OLYMPIC COMMITTEE,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court on the Amended Stipulation for Dismissal With Prejudice (ECF No. 100), filed January 31, 2012.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the Amended Stipulation of Dismissal With Prejudice (ECF No. 100) is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs, except that Defendants Mark Tyson and Colorado Velodrome Association, Inc. retain their right to assert a claim for attorneys' fees and costs against Philadelphia Indemnity Insurance Company.

Dated:  January 31, 2012

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE